HONORABLE RONALD B. LEIGHTON

11-CV-05789-ORD

FILED _____ LODGED
_____ RECEIVED

MAY -1 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

GORDON L. HALVORSEN,

    Plaintiff,

v.

NORTHERN REFRIGERATED
TRANSPORTATION, INC.,

    Defendant.

No. 3:11-cv-05789 RBL

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiff hereby provides notice of voluntarily dismissing the above-captioned action, without prejudice to Plaintiff's claims.

Dated this 30th day of April, 2012.

IT IS SO ORDERED THIS 1ST DAY OF May, 2012.

_/s/ Ronald B. Leighton_
UNITED STATES DISTRICT COURT JUDGE

GIBBONS & ASSOCIATES, P.S.

By //S// Steve Gibbons

Steven V. Gibbons, WSBA #14028,
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340  Fax 206/381-3341