HONORABLE RONALD B. LEIGHTON

| | | | | | | | | |

11-CV-05789-ORD

FILED ____ LODGED
____ RECEIVED

MAY - 1 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

GORDON L. HALVORSEN,                )
                                    )
                Plaintiff,          )   No.  3:11-cv-05789 RBL
                                    )
v.                                  )   NOTICE OF VOLUNTARY
                                    )   DISMISSAL
NORTHERN REFRIGERATED               )
TRANSPORTATION, INC.,               )
                                    )
                Defendant.          )

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiff hereby provides notice of

voluntarily dismissing the above-captioned action, without prejudice to Plaintiff's claims.

Dated this 30th day of April, 2012.

IT IS SO ORDERED THIS 1ˢᵗ DAY OF May, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

GIBBONS & ASSOCIATES, P.S.

By  //S//   Steve Gibbons

Steven V. Gibbons, WSBA #14028,
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341